IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MURPHY,          ) | |
|     Plaintiff,          ) | |
|                            ) | |
| v.                    ) | CIVIL ACTION NO. 11-00316-KD-B |
|                            ) | |
| WEST FRASER, INC.,    ) | |
|     Defendant.         ) | |

**ORDER**

On March 1, 2012, counsel for Defendant West Fraser, Inc. reported that the parties have settled this action and that settlement documents have been exchanged between the parties.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED** with **prejudice** from the active docket of this Court **subject to the right of any party to reinstate the action within sixty (60) days of the date of this Order should the settlement agreement not be consummated**.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear his or its own costs, expenses, and attorneys' fees unless otherwise agreed by the parties.

**DONE** and **ORDERED** this **2**nd day of **March 2012**.

                                                        s/ Kristi K DuBose
                                                     **KRISTI K. DuBOSE**
                                                     **UNITED STATES DISTRICT JUDGE**